MABEL L. CRANE, as Administratrix, etc., of ARTHUR MORTON CRANE, JR., Deceased, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No.

24038.) FLORENCE S. MINER, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 24118.) LENA LEGGETT, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 24119.) — Motion for permission to appeal on typewritten record granted.